

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:  01-13-00377-CV

Style:  Jameson Thottam

**v.** Elizabeth Joseph

Date motion filed*:  October 18 and 22, 2013

Type of motion:  Unopposed and First Amended Motions for Extension of Time to File Brief of Appellant

Party filing motion:  Appellant

Document to be filed:  Appellant's brief

Is appeal accelerated?  No

If motion to extend time:

Original due date:  N/A

Number of previous extensions granted:  Current Due date:  N/A

Date Requested:  45 days (December 9, 2013)

Ordered that motion is:

☐ Granted

   If document is to be filed, document due:

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☑ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

   The reporter's record has not yet been filed, and the court reporter responsible for preparing the record in this appeal has informed the Court that appellant has not requested, or made payment arrangements for, the reporter's record. *See* TEX. R. APP. P. 37.3(c). The Clerk of this Court has notified appellant that, unless he provides proof of having paid or made payment arrangements for the reporter's record by November 22, 2013, the Court may require him to file a brief and consider and decide only those issues that do not require a reporter's record for a decision. Therefore, the appellate record is not complete, and appellant's brief is not yet due.  See TEX. R. APP. P. 38.6(a).

Judge's signature:  /s/ Jim Sharp
   ☑ Acting individually   ☐ Acting for the Court

Panel consists of  _____

Date:  November 5, 2013

November 7, 2008 Revision